**Order entered January 6, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00701-CR

**RICHARD DOUGLAS MCCUTCHEON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F15-71547-I**

### ORDER

Before the Court is appellant's January 5, 2021 third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by February 5, 2021.

/s/    BILL PEDERSEN, III
        JUSTICE